**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 2047 |
| | ) | |
| SUSAN GRIFFIN, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Harold A. Baker |

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| 1 | Relevant IDOC Medical Records |
| 2 | Christopher Vaughn Deposition |
| 3 | Dr. Raiji Report |
| 4 | Dunn's Response to Plaintiff's First Set of Requests to Admit |
| 5 | Jason Dunn Deposition |
| 6 | Dr. Raiji Rebuttal Report |
| 7 | Evan Pike Deposition |
| 8 | WHO Model List of Essential Medicines, 19th List (Am. Nov. 2015) |
| 9 | Francis Kayira Deposition |
| 10 | Illinois Eye Surgeons Records |
| 11 | Dr. Raiji CV |
| 12 | December 21, 2013 Grievance |
| 13 | Aug. 15, 2014 Optical Appointment Schedule |
| 14 | Dunn's Response to Plaintiff's First Set of Interrogatories |
| 15 | Dr. Mallady Report |
| 16 | Dr. Pike Report |
| 17 | Wexford Medical Policies & Procedures Excerpts |
| 18 | September 1, 2014 Grievance |
| 19 | Mary Miller Deposition |
| 20 | Kim Van Vickle Deposition |
| 21 | Carle Clinic Records |